ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
DARBY L. GROW, ESQ.
Nevada Bar No. 17074
DGrow@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*
*Silver Oak Development Company, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PERRIN, an individual; <br><br> Plaintiff, <br><br> vs. <br><br> SILVER OAK DEVELOPMENT COMPANY, LP; <br><br> Defendant. | Case No.:  2:26-cv-00698-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF RESPONSIVE PLEADING DEADLINE [FIRST REQUEST]** |

Plaintiff RICHARD PERRIN ("Plaintiff"), by and through his counsel of record, HATFIELD AND ASSOCIATES, LTD, and Defendant SILVER OAK DEVELOPMENT COMPANY, LP ("Defendant"), by and through its counsel of record, SIMONS HALL JOHNSTON PC, hereby stipulate and agree that Defendant's responsive pleading deadline, which is currently set for Friday, April 24, 2026, be extended for a period of fourteen (14) days, to Friday, May 8, 2026.

Defendant recently retained Simons Hall Johnston PC to represent it in the matter.  Counsel believes that they need adequate time to give the parties time to explore early resolution.  As a result, Defendant believes a fourteen (14) day extension will provide it with enough time to explore possible resolution as well as time to complete the drafting of its forthcoming responsive pleading.

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated:  April 24, 2026

**HATFIELD & ASSOCIATES, LTD**

/s/ *Trevor Hatfield, Esq*

Trevor J. Hatfield, Esq.
703 South Eighth Street
Las Vegas, Nevada 89101

*Counsel for Plaintiff*

Dated:  April 24, 2026

**SIMONS HALL JOHNSTON PC**

/s/*Jonathan McGuire, Esq.*

Jonathan A. McGuire, Esq.
690 Sierra Rose Drive
Reno, Nevada 89511

*Counsel for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this 24th day of April, 2026.

_____
U.S. Magistrate Judge

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone:  (775) 785-0088