TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PERRIN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SILVER OAK DEVELOPMENT COMPANY, LP;<br><br>Defendant. | CASE NO: 2:26-cv-00698-EJY<br><br>**STIPULATION AND ORDER TO DISMISS** |

COMES NOW Plaintiff RICHARD PERRIN (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant SILVER OAK DEVELOPMENT COMPANY, LP, (hereinafter "Defendant"), by and through its counsel, SIMONS HALL JOHNSTON PC, and do hereby stipulate to dismiss this action without prejudice pursuant to FRCP 41, with each party to bear its own attorney's fees and costs, and that no party will be considered the prevailing party in relation to this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ /

1

**IT IS SO STIPULATED.**

Dated:  June 24, 2026                         Dated:  June 24, 2025

**HATFIELD & ASSOCIATES**                     **SIMONS HALL JOHNSTON PC**

   */s/ Trevor J. Hatfield*                      /s/  Jonathan A. McGuire
By:_____            By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)      ANTHONY L. HALL, ESQ.
   703 S. Eighth Street                     JONATHAN A. MCGUIRE, ESQ.
   Las Vegas, Nevada 89101                  690 Sierra Rose Dr.
   Tel:  (702) 388-4469                     Reno, Nevada 89511
   Email: thatfield@hatfieldlawassociates.com   Tel:  (775) 785-0088
   *Attorney for Plaintiff*                  *Attorneys for Defendant*

## ORDER

IT IS HEREBY ORDERED that the Stipulation and Order to Dismiss (ECF No. 12) is GRANTED; each party to bear its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of Court must close this case.

DATED this  24th  day of ____June_____ , 2026.

_____
UNITED STATES MAGISTRATE JUDGE